UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

WINFORD BRYANT,
    Plaintiff,

vs.                                                  11-1061

DONALD GAETZ, et. al.,
    Defendants.

## DISMISSAL ORDER

On February 16, 2011, the pro se Plaintiff filed a complaint pursuant to 42 U.S.C. §1983, but did submit the filing fee. A Plaintiff is required to pay the statutory filing fee of $350 if he chooses to file a lawsuit. *See* 28 U.S.C. §1915(b)(1). If a prisoner does not have the money to pay that fee, he or she can request leave to proceed *in forma pauperis*. Therefore, the court entered an order instructing the Plaintiff that he must either pay the filing fee in full or file a motion to proceed *in forma pauperis. See* February 16, 2011 Text Order. The Plaintiff was admonished that he must respond to the court order within 21 days or his case would be dismissed. The Court further instructed the Clerk of the Court to provide the Plaintiff with the appropriate forms to file a motion to proceed *in forma pauperis.*

The March 9, 2011 deadline has passed and the Plaintiff has taken no action in this case. Therefore, the court will dismiss this lawsuit for failure to prosecute with due diligence pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS THEREFORE ORDERED that**:

1)     **The Clerk is directed to dismiss this case in its entirety without prejudice for failure to prosecute with due diligence. *See* Fed. R.Civ. P. 41(b). The Plaintiff's motion for appointment of counsel is denied as moot. [d/e 2]**

2)     **The Plaintiff must still pay the full docketing fee of $350.00 even though his case has been dismissed. The agency having custody of the Plaintiff is directed to remit the docketing fee of $350.00 from the Plaintiff's prison trust fund account if such funds are available. If the Plaintiff does not have $350.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the Plaintiff's trust fund account to the clerk of court each time the Plaintiff's account exceeds $10.00 until the statutory fee of $350.00 is paid in its entirety. The filing fee collected shall not exceed the statutory filing fee of $350.00.**

3) **The Plaintiff is ordered to notify the clerk of the court of a change of address and phone number within seven days of such change.**

4) **The clerk is directed to mail a copy of this order to the Plaintiff's place of confinement, to the attention of the Trust Fund Office.**

Entered this 29th day of March, 2011.

**s/James E. Shadid**
_____
JAMES E. SHADID
UNITED STATES DISTRICT JUDGE